Sup. Ct. Ill.;
Sup. Ct. La.;
Sup. Ct. Del.;
Sup. Ct. Ala.;
Sup. Ct. Mo.;
Sup. Ct. Ga.;
Sup. Ct. Tenn.;
Sup. Ct. Mo.; and
Sup. Ct. Va. Certiorari denied. Reported below: No. 87-6189, 117 Ill. 2d 271, 513 N. E. 2d 367; No. 87-6287, 514 So. 2d 99; No. 87-6372, 534 A. 2d 630; No. 87-6601, 511 So. 2d 248; No. 87-6607, 743 S. W. 2d 51; No. 87-6627, 257 Ga. 690, 362 S. E. 2d 351; No. 87-6634, 746 S. W. 2d 441; No. 87-6636, 741 S. W. 2d 665; No. 87-6713, 234 Va. 543, 364 S. E. 2d 483.